

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00314-CV

**QUEEN'PRINYAH GODIAH NMIAA PAYNE'S EL-BEY,**

                                   **Appellant**

 **v.**

**BERKSHIRE HATHAWAY HOME SERVICE,**
**CALIBER REALTY AGENCY: HOA,**
**HATHAWAY HOMESERVICES CALIBER REALTY,**
**BRAZOS LAND CLASSIC REALTY,**
**BRAZOS LAND REALTY, INC., AND**
**BCR REALTORS DBA BERKSHIRE,**

                                   **Appellees**

---

### From the
### Brazos County, Texas
### Trial Court No. 1022-00495L

---

## MEMORANDUM OPINION

---

Queen'Prinyah Godiah NMIAA Payne's El-Bey appeals the justice court's dismissal of her claim. By letter, the Clerk of this Court informed El-Bey that her appeal was subject to dismissal because it appeared this Court had no jurisdiction of an appeal from the justice court's order of dismissal. An appeal from a justice court judgment is

filed in the justice court and heard by a county court. *See* TEX. R. CIV. P. 506.1(a); 506.3; 509.8(a), (e). In the same letter, the Clerk warned El-Bey that the appeal would be dismissed unless El-Bey responded showing grounds for continuing the appeal. El-Bey has not shown grounds for continuing the appeal.

Accordingly, this appeal is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed October 19, 2022
[CV06]

